UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MERSADA COBOVIC, individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>MARS PETCARE US, INC.,<br><br>      Defendant. | Case No. 1:24-cv-07730 |

**NOTICE OF WITHDRAWAL OF COUNSEL**

TO THE CLERK OF THE COURT AND TO ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Joshua D. Arisohn will be leaving the law firm of Bursor & Fisher, P.A., and therefore withdraws his appearance as counsel for Plaintiff in the above-captioned matter. Plaintiff continues to be represented by the remaining counsel of record who are listed below.

DATED: January 16, 2025      Respectfully submitted,

                 **BURSOR & FISHER, P.A.**

                 By: /s/ *Alec M. Leslie*
                   Alec M. Leslie

                 Alec M. Leslie
                 Julian C. Diamond
                 1330 Avenue of the Americas, 32nd Floor
                 New York, NY 10019
                 Telephone: (646) 837-7150
                 Facsimile: (212) 989-9163
                 Email: aleslie@bursor.com
                     jdiamond@bursor.com

                 *Attorneys for Plaintiff*